# Third District Court of Appeal
## State of Florida

Opinion filed February 4, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1521
Lower Tribunal No. F24-12285
_____

**Jason L. Richardson,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Ellen Sue Venzer, Judge.

Carlos J. Martinez, Public Defender and Amy Weber, Assistant Public Defender, for appellant.

James Uthmeier, Attorney General and Daihana Chang, Assistant Attorney General, for appellee.

Before SCALES, C.J., and EMAS and MILLER, JJ.

PER CURIAM.

Affirmed.